# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TRAVION LINDSEY, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:21-cv-00486-RLW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on its own motion. Movant Travion Lindsey has filed a document with the Court that has been construed as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (Docket No. 1). The motion is not on a Court form, as required. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Therefore, the Court will direct the Clerk of Court to send to movant a copy of the Court's 28 U.S.C. § 2255 form. Movant will be given thirty days in which to file his amended motion on the Court-provided form. If movant fails to comply with this order within thirty days, this action will be dismissed without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to movant a copy of the Court's 28 U.S.C. § 2255 form.

**IT IS FURTHER ORDERED** that movant shall filed an amended 28 U.S.C. § 2255 motion on the Court-provided form within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if movant fails to file an amended 28 U.S.C. § 2255 motion on the Court-provided form within **thirty (30) days** of the date of this order, this action will be dismissed without prejudice and without further notice.

Dated this 29th day of April, 2021.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE